John S. Knowlton, Esq. (SBN 143517)
Barry W. Pruett, Esq. (SBN 254986)
THE SHAFER LAW GROUP
210 Magnolia Ave.
Auburn, CA 95603
(530) 885-6695 Ph.
(530) 885-7122 Fax
Email:  jknowlton@shaferlawgroup.com
        bpruett@shaferlawgroup.com

Attorneys for Defendant WKSJ Enterprises, Inc.,
Individually and dba Schultz Tire Factory

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson, <br><br> Plaintiff, <br><br> vs. <br><br> WKSJ Enterprises, Inc., Individually and dba Schultz Tire Factory; William K. Schultz, Jr.; Joyce R. Schultz, <br><br><br> Defendants. | Case No.  2:08-CV-02048-MCE-GGH <br><br> ORDER SETTING ASIDE DEFAULT PURSUANT TO STIPULATION <br><br> TRIAL DATE: August 16, 2010 |

WHEREAS Plaintiff, Scott Johnson, has filed a Proof of Service of Plaintiff's Complaint on William K. Schultz, Jr., an individual, as well as upon Joyce R. Schultz, an individual, and

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, Plaintiff Scott Johnson requested that a default be entered against William K. Schultz, Jr. and Joyce R. Schultz, and

WHEREAS, on or about March 18, 2009, the United States District Court for the Eastern District of California in the above-entitled matter ordered the default of William K. Schultz, Jr. and Joyce R. Schultz entered, and

WHEREAS, Plaintiff and counsel for William K. Schultz, Jr. and Joyce R. Schultz have agreed that, in the interests of justice, and in order to determine the matter on its merits, good cause exists to allow the defaults entered against William K. Schultz, Jr. and Joyce R. Schultz should be set aside, and

WHEREAS, the parties have agreed that in exchange for setting the defaults aside, William K. Schultz, Jr. and Joyce R. Schultz shall be allowed to file an Answer to Plaintiff's Complaint within ten (10) days of the Court's approval of this Request for Order Setting Aside Default;

///

///

///

///

///

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY ORDERED THAT, pursuant to said stipulation, and good causing appearing therefor, the March 18, 2009 default against Defendants William K. Schultz, Jr. and Joyce R. Schultz is set aside and said Defendants may file an answer to Plaintiff's Complaint not later than ten (10) days following the date of this Order.

IT IS SO ORDERED.

DATED: April 10, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com